AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 16 APR '25 11:04 USDC-ORP

United States of America
v.
RAYSHAWN DUPRE LEWIS

Case No. 3:25-mj-00099

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAYSHAWN DUPRE LEWIS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute a mixture and substance containing 40 grams or more of a detectable amount of fentanyl, a Schedule II controlled substance (21 U.S.C. Section 841(a) & 841(b)(1)(B)(vi)); Felon in possession of a firearm (18 U.S.C. Section 922(g)).

Date: April 8, 2025

*Issuing officer's signature*

City and state: Portland, Oregon     Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/8/25, and the person was arrested on *(date)* 4/8/25
at *(city and state)* Portland, OR

Date: 4/9/25

*Arresting officer's signature*

Janay Smith, FBI Special Agent
*Printed name and title*